■ 5757 ASSOCIATES, Appellant, v WILLIAM BLANFORD, Defendant and YOHANNES SYOUM, Respondent. [892 NYS2d 761]—

Even though plaintiff had moved for summary judgment, the motion court had authority to grant summary judgment to the nonmoving defendant (CPLR 3212 [b]). The court properly dismissed the complaint on undisputed facts. The lease between the parties required plaintiff to give notice of a default to Syoum, the assignor of the lease. Plaintiff's failure to give Syoum such notice constituted a breach of its obligations under the lease (*see Poole v Pellati*, 251 AD2d 480, 481-482 [1998], *lv dismissed* 92 NY2d 1002 [1998]). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Manzanet-Daniels and Román, JJ. **[Prior Case History: 2009 NY Slip Op 31025(U).]**

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY GRAY, Also Known as SCOTT BRUCE, Appellant. [893 NYS2d 798]-

Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Manzanet-Daniels and Román, JJ.